UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY WESLEY SHERMAN, | ) | 5:17-CV-00255-SVW-JPR |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER AWARDING ATTORNEY** |
| v. | ) | **FEES UNDER THE EQUAL** |
| | ) | **ACCESS TO JUSTICE ACT,** |
| COMMISSIONER OF THE SOCIAL | ) | **PURSUANT TO 28 U.S.C.** |
| SECURITY ADMINISTRATION, | ) | **§ 2412(d), AND COSTS, PURSUANT** |
| | ) | **TO 28 U.S.C. § 1920** |
| Defendant. | ) | |
| | ) | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Fees and Costs, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of SEVEN THOUSAND TWO HUNDRED DOLLARS ($7,200.00), and costs under 28 U.S.C. § 1920, in the amount of FOUR HUNDRED DOLLARS ($400.00), subject to the terms of the above-referenced Stipulation, to include the United States Department of the Treasury's Offset Program pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). Any payment shall be delivered to Plaintiff's counsel.

Dated: March 12, 2021

Stephen V. Wilson
United States District Judge

1